1  JOHN P. PANNETON
   State Bar No.: 153915
2  PANNETON LAW CORPORATION
   845 University Avenue
3  Sacramento, CA 95825
   Telephone: (916) 921-9890
4  Facsimile:  (916) 441-4944

5  Attorney for ALY BHAMANI

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   CASE NO.  2:10 CR 0327 MCE
                                     )
12           Plaintiff,              )   SUBSTITUTION OF ATTORNEYS
                                     )
13     v.                            )
                                     )
14  AKBAR BHAMANI,                   )
    ZAIN BHAMANI,                    )
15  KEN SARNA,                       )
    ALY BHAMANI,                     )
16  FEROZA BHAMANI                   )
    LAILA BHAMANI                    )
17  JOHNE PIERRE QUINTANA,           )
     aka J.P. QUINTANA, and          )
18  SHAUN BHAMANI,                   )
           Defendants.               )
19  _____     )

20

21      **PLEASE TAKE NOTICE** that Defendant ALY BHAMANI hereby substitutes John P. Panneton as appointed counsel in the place of Christopher Howard Wing as his attorney of record in the above matter.

24  Dated: March 19, 2012            s/_____
                                     Aly Bhamani

25  Dated: March 19, 2012            s/_____
                                     John P. Panneton
26  ///

27  ///

28  ///

1

1 | I consent to the above substitution.

2 | Dated: March 17, 2012        s/_____
Christopher Howard Wing

**IT IS SO ORDERED.**

Dated:  March 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE