JOHN P. PANNETON (SBN 153915)
PANNETON LAW CORPORATION
200 Stillwater Place
Lincoln, CA  95648
Telephone: 916.996.2821
Facsimile:  916 253.9603
Email:     jpanneton@gmail.com

Attorney for Defendant
ALY BHAMANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:10-cr-00327-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING FROM MAY 14, 2015 TO JUNE 18, 2015** |
| v. | |
| ALY BHAMANI, et al., | |
| Defendants. | |

**STIPULATION**

Defendant Aly Bhamani is currently set for sentencing on May 14, 2015, having pled guilty pursuant to a written Plea Agreement.  The United States of America, by and through Assistant United States Attorney Michele M. Beckwith, and Aly Bhamani by and through his counsel, John Panneton, together respectfully request that the Court continue that hearing to June 18, 2015, at 9:30 a.m., for the following reasons:

The parties have consistently agreed that coordination of the sentences of brothers Zain and Aly Bhamani would be appropriate.  The parties have also agreed that Zain and Aly Bhamani should be sentenced after their father, Akbar Bhamani, who is now scheduled for sentencing on June 11, 2015.  Last week, Zain Bhamani's sentence was set for June 18, 2015 after a request for a continuance by Probation Officer Lynda Moore.  The Probation Officer for Aly Bhamani, Ronnie Preap, concurs with this continuance and is available for sentencing on June 18, 2015.

The parties have further stipulated to following proposed sentencing schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | June 18, 2015 at 9:30 a.m. |
| Reply, or Statement of Non-Opposition: | June 11, 2015 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | June 4, 2015 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | May 28, 2015 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | May 21, 2015 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | completed |

IT IS SO STIPULATED.

Dated: April 28, 2015

By: /s/ MICHELE M. BECKWITH (authorized (4/28/15)
MICHELE M. BECKWITH
Assistant U.S. Attorney

Dated: April 28 2015

By: /s/ JOHN P. PANNETON
JOHN P. PANNETON
Attorney for Aly Bhamani

**ORDER GRANTING CONTINUANCE**

The Court has reviewed the Stipulation of the parties to continue Aly Bhamani's sentencing date to June 18, 2015 at 9:30 a.m. Based on such documentation, the Court finds good cause to continue the sentencing date of Aly Bhamani from May 14, 2015 to June 18, 2015. All other dates related to the sentencing shall be extended accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  April 28, 2015

Troy L. Nunley
United States District Judge